

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00281-CV

| | | |
|---|---|---|
| JONATHAN STICKLAND AND JACKIE SCHLEGEL, TEXANS FOR VACCINE FREEDOM, AND TEXANS FOR VACCINE CHOICE PAC, Appellants | § § | On Appeal from the 17th District Court of Tarrant County (017-330567-21) |
| V. | § | November 22, 2023 |
| JACKIE SCHLEGEL AND TEXANS FOR VACCINE CHOICE, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's orders on the parties' motions under the Texas Citizens Participation Act (TCPA). We affirm the trial court's order denying the TCPA motion filed by Jackie Schlegel, Texans for Vaccine Freedom, and Texans for Vaccine Choice PAC. We reverse the trial court's order denying Jonathan Stickland's TCPA motion, render judgment granting his TCPA motion, and remand the case to

the trial court to determine Stickland's attorney's fees, costs, and the potential award of sanctions under the TCPA. We deny Texans for Vaccine Choice's request for sanctions.

It is further ordered that Jackie Schlegel, Texans for Vaccine Freedom, and Texans for Vaccine Choice PAC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
  Justice Elizabeth Kerr